# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS VILLANUEVA, LAURIE WOFFORD, and SAWGRASS PLANTATION HOMEOWNERS' ASSOCIATION, INC.,

    Defendants.
_____/

## COMPLAINT TO FORECLOSE LIEN

The United States of America, by and through undersigned counsel, for its complaint herein, alleges as follows:

1. This is an action brought by the United States to foreclose a criminal fine judgment lien entered in favor of the United States against Carlos Villanueva ("Villanueva").

2. This action is brought pursuant to 28 U.S.C. §§ 2001-2003 and 18 U.S.C. § 3613.

3. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1345. Venue is proper in this Court under 28 U.S.C. § 1391.

4. The real property upon which the United States seeks to foreclose its lien consists of a parcel situated in Broward County, Florida and described as follows:

> Real property located at 13377 NW 7 STREET PLANTATION, FLORIDA 33325, more particularly described as:
>
> A portion of "SAWGRASS PLANTATION", according to the plat thereof to the plat thereof as recorded in Plat Book 152 at Page 4 of the Public Records of Broward County, Florida, being more particularly described as follows:

> Commence at the Northwesterly corner of said Plat of "SAWGRASS PLANTATION" (said Point of Commencement being 53.00 feet South of the North line of Section 2, Township 50 South, Range 40 East and 975.00 feet East of the West line of the Northwest 1/4 of said Section 2); thence run North 89 degrees 55 minutes 43 seconds East, along the Northerly Boundary line of said plat of "SAWGRASS PLANTATION" and its Easterly extension for 407.03 feet; thence South 0 degrees 04 minutes 17 seconds East, for 22.00 feet to the Point of Beginning of the following described parcel; thence North 89 degrees 55 minutes 43 seconds East, for 62.50 feet; thence South 0 degrees 04 minutes 17 seconds East, at right angles to the last and next mentioned courses, for 100.50 feet; thence South 89 degrees 55 minutes 43 seconds West, for 62.50 feet; thence North 0 degrees 04 minutes 17 seconds West, at right angles to the last mentioned course, for 100.50 feet to the Point of Beginning.
>
> AKA: LOT ES 39 SAWGRASS PLANTATION / A portion of RAINBOW PLANTATION, according to the plat thereof as recorded in Plat Book 152 at Page 4 of the Public Records of Broward County, Florida.
>
> Property ID No. 504002200390

5. Defendant Villanueva is a resident of Broward County, Florida and owns the subject property.

6. Defendant Villanueva owned the subject property at the time of judgment and at the time that the criminal fine judgment lien was recorded. A copy of the Special Warranty Deed is attached as Exhibit A.

7. Defendant Laurie Wofford may claim an interest in the subject property by virtue of a Mortgage dated July 8, 2024 and recorded as Instrument Number 119671903 in the Public Records of Broward County, Florida. *See* Exhibit B. Any right, title, or interest of Defendant Laurie Wofford is junior, subordinate, and inferior to Plaintiff's lien.

8. Defendant Sawgrass Plantation Homeowners' Association, Inc. is a Florida not-for-profit corporation which may claim an interest in the subject property by virtue of any unpaid

claims of lien, assessments or other charges asserted against the property. Any right, title, or interest of Defendant Sawgrass Plantation Homeowners' Association, Inc. is junior, subordinate, and inferior to Plaintiff's lien.

### Foreclosure of Criminal Fine Judgment Lien

9. On June 22, 1998, Defendant Villanueva pleaded guilty to conspiracy to PWID cocaine in violation of 21 U.S.C. § 846(a) in Case No. 97-CR-6078-JAL (S.D. Fla.) and was sentenced to imprisonment for a term of 151 months, five years of supervised release, a fine in the amount of $250,000.00, plus statutory interest, and an assessment in the amount of $100.00. *See* Exhibit C.

10. Defendant Villanueva violated the terms of his supervised release and on July 11, 2018, the Court entered a Judgment for Revocation remanding Defendant Villanueva into the custody of the Bureau of Prisons. *See* Exhibit D.

11. The United States seeks to recover the unpaid criminal fine judgment against Villanueva by foreclosure of the federal criminal fine judgment encumbering the subject property.

12. On February 10, 2014, the United States recorded a Notice of Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 in Official Records Book 50539, Page 1266, of the Public Records of Broward County, Florida. *See* Exhibit E.

13. As of January 23, 2025, the outstanding balance of Defendant Villanueva's fine is $585,741.72, including statutory interest.

14. The federal criminal fine judgment lien attaches to and encumbers the subject property and can be foreclosed.

15. To date, Defendant Villanueva has neglected, failed and/or refused to pay the full amount of the criminal fine debt secured by the criminal fine judgment lien.

WHEREFORE, Plaintiff, the United States of America, prays for the following relief:

A. That this Court determine the priority of all claims to and liens upon the subject property and adjudicate the lien of the United States as superior to all other interests;

B. That this Court adjudge and decree that the fine judgment lien of the United States be foreclosed against the subject property, that the property be sold by public sale or by a court-appointed receiver free and clear of the liens and claims of all parties having an inferior interest in the property, and that the net proceeds of the sale be distributed in accordance with the priority determined by the Court; and

C. That the United States be granted its costs incurred in this action, and that the Court grant such other and further relief as justice requires.

Dated: February 6, 2025

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ Lauren Bluestein
Lauren Bluestein
Assistant U.S. Attorney
Fla. Bar No. 95889
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132-2111
Tel No. (305) 961-9323
E-mail: lauren.bluestein@usdoj.gov
Counsel for United States of America